IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CESAR GONZALES,<br><br>                Defendant. | **8:23–CR–122**<br><br>**SECOND PRELIMINARY ORDER OF FORFEITURE** |

      This matter is before the Court upon the Government's Second Motion for Preliminary Order of Forfeiture. Filing 86. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

      1. On April 9, 2024, the Court held a change of plea hearing and defendant, Cesar Gonzales, entered a plea of guilty to Count I and admitted to the Forfeiture Allegation of the Indictment insofar as the Allegation related to the $54,000.00 seized in December 2022, but not the $33,989.00 seized in February 2023. Filing 73 at 15–18. The Government indicated at the hearing that the parties "are in talks with Defendant to see if [the $33,989.00] would be forfeited or not." Filing 73 at 17. The defendant confirmed at the hearing that he "is not admitting to th[e] forfeiture count" of the $33,989.00. Filing 73 at 17.

      2. On April 29, 2024, the Court entered a Preliminary Order of Forfeiture as to the $54,000 seized in December 2022. Filing 76. As the Government's First Motion for Preliminary Order of Forfeiture did not address the $33,989.00 seized in February 2023, *see generally* Filing 75, the Court also did not address the $33,989.00 forfeiture allegation in its previous Order. Filing 76.

      3. On July 1, 2024, the Government filed its Second Motion for Preliminary Order of Forfeiture. Filing 86. The Government explains that the parties have now "agreed to forfeiture" of the remaining $33,989.00 in United States currency in the Forfeiture Allegation of the Indictment.

4. The Government's Second Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Second Motion for Preliminary Order of Forfeiture, Filing 86, is granted;

2. Based upon the Forfeiture Allegation of the Indictment and the plea of guilty, the Government is hereby authorized to seize the $33,989.00 in United States currency;

3. The defendant's interests in the $33,989.00 in United States currency is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1);

4. The $33,989.00 in United States currency is to be held by the Government in its secure custody and control;

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov, notice of this Second Preliminary Order of Forfeiture, notice of publication evidencing the Government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier;

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $33,989.00 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature

and extent of the Petitioner's right, title, or interest in the $33,989.00 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought;

      7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $33,989.00 in United States currency as a substitute for published notice as to those persons so notified;

      8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

      Dated this 2nd day of July, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge