## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:23–CR–122** |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| CESAR GONZALEZ, | |
| Defendant. | |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 103. Having reviewed the record in this case, the Court finds as follows:

1.  On April 29, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $54,000.00 in United States currency. Filing 76.

2.  On July 2, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $33,989.00 in United States currency. Filing 87.

3.  Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 1, 2024 and July 4, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on September 6, 2024. Filing 102.

4.  The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

5.  The Motion for Final Order of Forfeiture should be granted.

1

IT IS ORDERED:

1.      The Plaintiff's Motion for Final Order of Forfeiture, Filing 103, is granted;

2.      All right, title and interest in and to the $33,989.00 seized from the Defendant on or about February 17, 2023, and the $54,000.00 seized from the Defendant on or about December 13, 2022, held by any person or entity are forever barred and foreclosed;

3.      The $33,989.00 and $54,000.00 is forfeited to the Government; and

4.      The Government is directed to dispose of that currency in accordance with the law.


Dated this 11th day of September, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge